# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-6215

**Case Name** Shenzhen Zehuijin Investment Center V. Liu Yingkui, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Anthony J. Dain

List the sitting dates for the two sitting months you were asked to review:

October 6, 2025 to October 10, 2025;
October 20, 2025 to October 24, 2025;
November 3 2025 to Novermber 7, 2025;
November 17, 2025 to Novmebr 21, 2025

Do you have an unresolvable conflict on any of the above dates? ☒ Yes ☐ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am not available on the listed days. I am the trial attorney representing NuVasive Inc. in Pimenta MD PhD vs NuVasive Inc, Case No.37-2018-00016298-CU-BC-CTL, pending in Department C-68 of the San Diego Superior Court. A three-month trial in this matter is scheduled to begin on August 08, 2025. Accordingly, I will not be available for any sitting dates in October or November 2025.

I have met and conferred with the opposing counsel, and we are both available in December 2025 and January 2026.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☐ Yes ☒ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Anthony J. Dain　　**Date** June 3, 2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**　　　　　　　　　　　　　　　　　　　　　　　　　　　*New 12/01/2018*